IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARSHA H. AVANT,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:06-cv-47 (CAR) |
| **LEILA LAND, et al.,** | : |
| **Defendants.** | : |

# **J U D G M E N T**

Pursuant to the Order of this Court filed April 11, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 11th day of April, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**